**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                        **Case No. 8:25-cr-00456-KKM-AAS**

**DESIREE DOREEN SEGARI**

_____/

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that the above-named Defendant, Desiree Doreen Segari, appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on May 8, 2026 (Doc. 93).

Dated this 8th day of May 2026.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Public Defender

*/s/ Stephen Consuegra*
Assistant Federal Public Defender
Florida Bar No. 105816
400 N Tampa St, Suite 2700
Tampa, FL 33602
Phone: (813) 228-2715
Fax: (813) 228-2562
E-mail: Stephen_Consuegra@fd.org

# CERTIFICATE OF SERVICE

I HEARBY CERTIFY that on May 8, 2026, a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to:

AUSA Michael Carl Sinacore.

*/s/ Stephen Consuegra*
Stephen Consuegra
Assistant Federal Public Defender