# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## Application for Extension of Time to File Transcript
## and for Waiver of Fee Reduction
*(Please type or print. Application must be completed in full.)*

Short style: USA v Segari

USCA No. (if available): 26-11640 DC No.: 8:25-cr-456

Date extension requested to: 07-27-26

Date transcript order received: 05-27-26

Date satisfactory arrangements for paying cost of transcript made: 05-27-26

If CJA, date CJA-24 signed by District Judge (or state "pending"): _____

Pages in this appeal: 1) Already transcribed 250    2) Yet to be transcribed 750

For all <u>other</u> transcripts due, list:

| Docket No. | Date Ordered | Date Due | No. Pages Completed | No. Pages to be Completed |
|---|---|---|---|---|
| Docs 25, 33, 56, 65, 70, 92 | 05-27-26 | 06-27-26 | 250 | 750 |
| | | | | |
| | | | | |

State the reasons that make an extension of time appropriate: Time in court, coverage for reporters on scheduled vacations, backlog of transcripts, multiple all-day hrgs, trials May/June

Estimated percentage of time in court during past 30 days: 85    Next 30 days: 85

Circle number of extensions requested in past 12 months:    1    2    3    4    (5+)

Circle method of transcript production:    Notereading    Dictation    CAT    Self-Typing

If this extension is granted, do you agree to employ a substitute reporter to assist you in completing this transcript by the new due date? If not, please explain why: YES

*I certify by my signature that I have sent a copy of this request to the district judge who tried this case; to the Chief District Judge of this district; to the district court clerk; and to all counsel (or pro se parties) of record (11th Cir. R. 11-1).*

Date: 06-26-26    Court Reporter Signature: s/ Howard Jones

Howard W Jones, 801 N. Florida Ave., Rm 13-B, Tampa, FL 33602

813-301-6158

Area Code/Phone No.    Court Reporter's Name and Address (Please print or type)

---

Extension:  GRANTED  DENIED    Fee Reduction:    WAIVED    NOT WAIVED

Transcript Due Date: _____    10% Discount Provision in effect on: _____
20% Discount Provision in effect on: _____

Date    David J. Smith, Clerk
(Rev.: 5/00)