IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

APPEAL NO. 26-11640-FF

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

DESIREE SEGARI,

Defendant-Appellant.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION
DISTRICT COURT DOCKET NO. 8:25-cr-456-KKM-AAS

---

# APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE INITIAL BRIEF

---

**Charles L. Pritchard, Jr.**
**Federal Public Defender**
**Middle District of Florida**

**Laura Jessica Daines, Esq.**
**Assistant Federal Public Defender**
**Florida Bar No. 105060**
**400 N. Tampa St., Ste. 2700**
**Tampa, Florida 33602**
**Telephone: (813) 228-2715**
**Facsimile: (813) 228-2562**
**E-Mail: laura_daines@fd.org**
**Counsel for Appellant**

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

| | |
|---|---|
| **United States of America**<br>**Plaintiff/Appellee,**<br><br>**v.**<br><br>**Desiree Segari**<br>**Respondents/Appellees.** | **No. 26-11640-FF** |

**APPELLANT'S UNOPPOSED MOTION**
**TO EXTEND TIME TO FILE INITIAL BRIEF**

Defendant-Appellant Desiree Segari, through counsel, respectfully requests that this Honorable Court extend the deadline to file her initial brief by 70 days, or until December 17, 2026. As ground in support, Ms. Segari states:

1. Ms. Segari was charged with a single count of transmitting a true threat over TikTok in violation of 18 U.S.C. § 875(c). Doc. 1. She was found guilty after a jury trial. Doc. 73. She was sentenced to 14 months' imprisonment. Doc. 93. She is currently incarcerated pursuant to her sentence.

2. Pursuant to an over-the-phone extension, Ms. Segari's initial brief is due on October 8, 2026.

3. Due to the press of earlier assigned cases, counsel has not been

able to complete Ms. Segari's initial brief. As examples, counsel filed initial briefs in two cases on August 27, 2026, and September 11, 2026. *United States v. Richardson*, 26-10712 (11th Cir. 2026); *United States v. Fowler*, 26-11151 (11th Cir. 2026). Counsel has also been responsible for other cases and administrative duties. As a result, despite diligently working towards completing the initial brief in this case, counsel requests an additional 70 days within which to complete the brief.

4. Additionally, this case was heavily litigated. In addition to the trial transcript, the record includes a motion in limine, a notice under Fed. R. Evid. 404(b), competing jury instructions, motions for recusal, and a detailed and substantive motion under Fed. R. Crim. P. 29. *See* Docs. 29, 31, 35, 41, 52, 59, 60, 62, 69. An additional 70 days will ensure adequate time to review and analyze the issues that will be argued in this appeal.

5. Accordingly, Ms. Segari requests an additional 70 days, or until December 17, 2026, within which to file her initial brief.

6. The undersigned has conferred with counsel for the United States, who advised that the government does not oppose the request.

For these reasons, Ms. Segari requests that the Court extend the deadline to file the initial brief by 70 days, or until December 17, 2026.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Public Defender, MDFL

***/s/ Laura J. Daines***

Laura J. Daines, Esq.
Assistant Federal Public Defender
Florida Bar Number 105060
400 North Tampa St., Ste. 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Laura_Daines@fd.org

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION

I certify that this notice complies with the type-volume limitation in Rule 27(d)(2)(A) because it contains 346 words.

*/s/ Laura J. Daines*
Laura J. Daines, Esq.
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I certify that on October 6, 2026, a true and correct copy of this motion was electronically filed using CM/ECF, which will electronically notify the United States Attorney's Office.

*/s/ Laura J. Daines*
Laura J. Daines, Esq.
Assistant Federal Public Defender